UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIANA ELISA DELA CRUZ,

    Plaintiff,

v.                                        Case No. 2:20-cv-00740-JLB-NPM

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____/

## ORDER

The parties have reached a settlement.  (Doc. 13.)  Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause.  The Clerk is directed to close the case.

**ORDERED** in Fort Myers, Florida, on December 14, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE